ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
            - v. -                     :    INFORMATION
                                       :
ALEXANDER UNGER,                       :    16 Cr. _____
                                       :
                      Defendant.       :
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - x

COUNT ONE

(Conspiracy to Unlawfully Possess Narcotics)

The United States Attorney charges:

1. From at least in or about April 2015 up to and including on or about June 11, 2015, in the Southern District of New York and elsewhere, ALEXANDER UNGER, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree, together and with each other, to commit an offense against the United States, to wit, unlawful possession of a controlled substance, in violation of Title 21, United States Code, Section 844(a).

2. It was a part and an object of the conspiracy that ALEXANDER UNGER, the defendant, and others known and unknown, would and did knowingly and intentionally possess controlled substances that were not obtained directly, or

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 1 1 2016

pursuant to a valid prescription or order, from a practitioner, while acting in the course of his professional practice, or as otherwise authorized pursuant to Title 21, United States Code, Section 844(a).

3. The controlled substances that ALEXANDER UNGER, the defendant, conspired to unlawfully possess were: (1) mixtures and substances containing a detectable amount of lysergic acid diethylamide ("LSD"); and (2) mixtures and substances containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA"), commonly known as ecstasy, both in violation of Title 21, United States Code, Section 844(a).

OVERT ACTS

4. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about April 28, 2015, UNGER possessed a quantity of LSD.

      b.    On or about May 13, 2015, UNGER possessed a quantity of MDMA.

      (Title 18, United States Code, Section 371.)

 

*/s/ Preet Bharara*
**PREET BHARARA**
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEXANDER UNGER,

Defendant.

INFORMATION

(18 U.S.C. § 371.)

PREET BHARARA
United States Attorney.

Deft. pres. with attorney  BEN BRAFFMAN.
AUSA DREW J. SKINNER Court Reporter  PRESENT
Interpreter pres/not pres. Deft. withdraws plea of not guilty & enters a plea of guilty to count(s) 1 . PSI Ordered, Sentence 6/15/16 @ 10 AM IN CR 5A.
Bail  CONTINUED .
Mag. Judge FRANCIS recommends Judge  FRANCIS.
accept the guilty plea.

PSI ORDERED